UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>   Plaintiff,<br><br> vs.<br><br>LITHIA NF, INC. dba LITHIA NISSAN OF FRESNO, et al.<br><br>   Defendants. | No. 1:15-cv-01614-SAB<br><br>**ORDER ON STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT** |

  **IT IS HEREBY STIPULATED** by and between Plaintiff, Jose Acosta ("Plaintiff"), and Defendants, Lithia NF, Inc. dba Lithia Nissan of Fresno and Lithia Real Estate, Inc. (collectively "Defendants," and together with Plaintiff, the "Parties"), the parties hereto, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A." This amendment will not modify any date or deadline fixed by the Court's Scheduling Order dated February 9, 2016 (Dkt. 15) pursuant to Fed. R. Civ. P. 16(b)(4), and is not prejudicial to Defendants, the product of undue delay, proposed in bad faith, or futile.

  **IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants'

1

response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO STIPULATED**.

Dated: March 15, 2016								MOORE LAW FIRM, P.C.

										*/s/ Tanya E. Moore*
										Tanya E. Moore
										Attorney for Plaintiff,
										Jose Acosta

Dated: March 15, 2016								THE DAVIS LAW FIRM

										*/s/ Marguerite Meade*
										Marguerite Meade
										Attorneys for Defendants,
										Lithia NF, Inc. dba Lithia Nissan of Fresno;
										Lithia Real Estate, Inc.

## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff shall file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

IT IS SO ORDERED.

Dated:   **March 20, 2016**							_____
										UNITED STATES MAGISTRATE JUDGE

2