# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LITHIA NF, INC., et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-01614-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS AND VACATING ALL PENDING MATTERS AND DATES |

On May 11, 2016, Plaintiff filed a notice of contingent settlement informing the Court that the parties have reached settlement resolving this action. (ECF No. 21.) Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. Plaintiff shall file dispositional documents on or before June 10, 2016.

IT IS SO ORDERED.

Dated: **May 12, 2016**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1