1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

10

**EASTERN DISTRICT OF CALIFORNIA**

11
12

| | |
|---|---|
| JOSE ACOSTA, | Case No.    1:15-cv-01614-SAB |
| Plaintiff, | **ORDER DISMISSING ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| vs. | |
| LITHIA NF, INC. et al., | |
| Defendants. | |

18
19

On May 17, 2016, Plaintiff filed a stipulation to dismiss this action with prejudice as the parties have reached a settlement.  Based upon the stipulation of the parties, this action is dismissed with prejudice in its entirety.  Each party shall bear its own costs and attorney fees incurred in this action.

IT IS SO ORDERED.

Dated:   **May 18, 2016**

_____
UNITED STATES MAGISTRATE JUDGE